UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

In Re:

CABLE, CHRISTOPHER MARK

Case No. B-07-51091 C-7W

Debtor(s).

## ORDER FOR UNCLAIMED MONIES

**IT APPEARING** that a dividend and/or other monies which remain unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case are as hereinafter indicated; and for sufficient reasons appearing, and

**IT IS FURTHER ORDERED** that Edwin H. Ferguson, Jr., Trustee in the above-named case, pay to the Clerk, U. S. Bankruptcy Court, the total amount of the unclaimed monies described herein below within ten (10) days from this date together with a supplemental report, itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount |
|---|---|---|---|---|
| 111 | 3-1 | American General Finance | 1047 Yadkinville Road Mocksville, NC 27028 | $3,246.32 |
| **TOTAL** | | | | **$3,246.32** |

# PARTIES TO BE SERVED
Page 1 of 1
Case No. B 05-51094 C-7W

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Edwin H. Ferguson, Jr.,
Attorney for Trustee
FERGUSON, SCARBROUGH & HAYES, PA
PO Box 444
Concord, NC 28026-0444

American General Finance
1047 Yadkinville Road
Mocksville, NC 27028